# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SHAYLA HOOKS,**                                                                  **PLAINTIFF**
d/b/a Hooks Construction, LLC

v.                      Case No. 4:24-cv-00252-LPR

**WARD REESE,** Code Enforcement;
**MARY BETH MILLER,** Finance Manager                    **DEFENDANTS**

## ORDER

Plaintiff Shayla Hooks paid the filing fee and initiated this *pro se* lawsuit on March 18, 2024.[1] On March 27, 2024, the Court issued an Order explaining why Ms. Hooks had failed to sufficiently plead federal jurisdiction and giving Ms. Hooks thirty days to amend her Complaint.[2] The Court warned Ms. Hooks that failure to file an amended complaint would result in the dismissal of her case.[3] Ms. Hooks has not complied with, or otherwise responded to, the Court's Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Court's March 27, 2024 Order, Ms. Hooks's Complaint (Doc. 1) is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 7th day of June 2024.

                                                                             _____
                                                                             LEE P. RUDOFSKY
                                                                             UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*. at 3.